DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KENNETH BRABHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0822

_____

June 17, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Kenneth Brabham, pro se.

PER CURIAM.

   Affirmed.

NORTHCUTT, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.